Theresa B. BRADLEY, Plaintiff—Appellant,

v.

ARTERY CUSTOM HOMES, LLC; Jaffar Ahmad, individually; Bennett Goldberg, individually; Donna Vaughn, CPA, individually; Snyder, Cohn, Collyer, Hamilton & Associates PC, d/b/a CPA Help; Beale Personnel, Incorporated, Defendants—Appellees.

No. 09–1151.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

Theresa B. Bradley, Appellant Pro Se. Charles H. Fleischer, Oppenheimer, Fleischer & Quiggle, PC, Bethesda, Maryland; Mark Anthony Kozlowski, Eccleston & Wolf, PC, Hanover, Maryland; Ali Abed Beydoun, Carr & Maloney, PC, Washington, D.C., for Appellees.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theresa B. Bradley appeals the district court's order granting the Appellees' motion to dismiss Bradley's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bradley v. Artery Custom Homes, LLC*, No. 8:08–cv–00539–PJM (D.Md. Jan. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*